◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  3:19-CR-00035-13 (CAR) |
| **HALEY CARTER** | |

On April 15, 2021, Haley Carter was sentenced to a two (2) year term of probation upon entering a guilty plea to the offense of Misprision of a Felony, in violation of 18 U.S.C. § 4.

Carter has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E* as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended she be discharged from supervision.

Respectfully submitted,

Todd D. Garrett
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered the supervised releasee be discharged from supervision and the proceedings in the case be terminated.

Dated this 30 day of November, 2022.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE